HELEN SHAW and THOMAS F. SHAW, Respondents, v. IRVING TRUST COMPANY, as Trustee under the Will of GRACE S. SEIDLER, Deceased, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

EMMA CROOKS SMITH, Appellant, v. WILLIAM ALOYSIUS SMITH, Respondent.— Motion for reargument of plaintiff's appeal from order granting defendant leave to serve an amended answer denied. Motion for leave to appeal to the Court of Appeals denied. Motion for reargument of plaintiff's appeal from order denying her motion for summary judgment denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

DIEGO TEJADO, Respondent, v. DANIELS & KENNEDY, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

ELSIE TETZLAFF, an Infant, etc., Respondent, v. THE INCORPORATED VILLAGE OF AMITYVILLE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

AMEDEE J. VAN BEUREN, Respondent, v. ETHEL VAN BEUREN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

ANNA BALINT, Formerly Known as ANNA NEFF, Respondent, v. THE SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Appellant.— Judgment in an action predicated upon a beneficiary certificate issued by the defendant, a fraternal beneficiary association, to one John Neff, now deceased, and payable to his widow, the plaintiff, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

BAYBERRY POINT CORPORATION, Appellant, v. SOUTH BAY CONSOLIDATED WATER COMPANY, Respondent.— Judgment entered on a directed verdict for the plaintiff on the motion of the defendant in an action based on a contract providing for repayment of the cost of installing water mains on property under development owned by the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE BREVOORT SAVINGS BANK OF BROOKLYN, Appellant, v. MAX GANGEL and Others, Defendants, and JOHN B. WHITE, as Referee, Respondent.— Order, among other things, fixing the fees of a referee on sale in a foreclosure action modified by reducing the amount of the fees from fifty dollars to sixteen dollars and fifty cents, besides disbursements, and as so modified affirmed, without costs. (See *Ryan* v. *Majestic Home Builders, Inc.*, 238 App. Div. 167.) Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.